UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:12-cv-22589 -WILLIAMS

In re:

**LEXI DEVELOPMENT COMPANY,
INC.,**

     Debtor.

_____/

**LEXI NORTH BAY LLC,** a Florida limited
liability company,

     Appellant,

v.

**LEXI DEVELOPMENT COMPANY,
INC.,** a Florida corporation, and **GREAT
FLORIDA BANK,** a Florida banking
corporation,

     Appellees.

_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

     Pursuant to United States District Court for the Southern District of Florida Local Rule

11.1(d)(4), the law firms of Kozyak Tropin & Throckmorton, P.A., and Friedman & Frost, P.L.,

certify that the client, Great Florida Bank, n/k/a/ Florida Community Bank, N.A. ("FCB"),

consents to the substitution of Friedman & Frost, P.L. as attorneys in this action for FCB in the

[continued on the following page]

place and stead of Kozyak Tropin & Throckmorton, P.A., and requests the authority of the Court
to enter an order confirming same.

David Rosendorf, Esq.
Fla. Bar No. 996823
Kozyak Tropin Throckmorton, P.A.
2525 Ponce de Leon Boulevard
Ninth Floor
Miami, Florida 33134
305.372.1800 (telephone)
305.372.3508 (facsimile)
dlr@kttlaw.com

Paul D. Friedman, Esq.
Fla. Bar No. 260493
Friedman & Frost, P.L.
1111 Brickell Avenue
Suite 2050
Miami, Florida 33131
305.377.4100 (telephone)
305.377.4103 (facsimile)
paul@friedmanfrost.com

## CERTIFICATE OF SERVICE

I certify that on September 30, 2014, a true and correct copy of the foregoing – Notice of Substitute of Counsel – was served (1) on the client, Great Florida Bank n/k/a Florida Community Bank, N.A., by email, and (2) by CM/ECF electronic service on all parties in interest entitled to notice.

Paul D. Friedman, Esq.

2